DAVID K. COHN, SBN 68768
CHAD J. A. BOYLES, SBN 276508
CHAIN | COHN | STILES
1731 Chester Avenue
Bakersfield, CA 93301
E-Mail: dcohn@chainlaw.com
E-Mail: cboyles@chainlaw.com
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEVIN KEYES; JENNIFER KEYES;
and DUSTIN KEYES,

              Plaintiffs,

    v.

HOME DEPOT U.S.A., INC.

           Defendants.

CASE NO. 1:19-cv-00677-DAD

**STIPULATION TO MODIFY THE
SCHEDULING ORDER
(Doc. 15)**

## RECITALS

1.    WHEREAS, on August 13, 2019 this Court issued its Scheduling Order [Dkt. No. 12], which included a deadline of December 20, 2019, for any amendments to the pleadings;

2.    WHEREAS, Plaintiff, Kevin Keyes, claims that he was injured in a Home Depot store in Bakersfield, CA when a display shelf fell off the racking shelf causing him personal injury.

3.    WHEREAS, Plaintiff's Complaint includes a products liability cause of action for those parties responsible for designing and/or manufacturing the display shelf. However, the identity of the designer or manufacturer has yet to be confirmed.

CHAIN | COHN | STILES
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000

1      4.     WHEREAS, Plaintiffs anticipate an amendment to add any potential vendors to the

2  display, which have yet to be discovered.

3      5.     WHEREAS, Home Depot has been trying to definitively ascertain the

4  manufacturer/supplier of the item that allegedly caused the incident, but has encountered

5  difficulties with the identification process given the time-frame of the incident. Home Depot is

6  actively working on this and expects to have more clarity on the issue shortly.

7      6.     WHEREAS, Plaintiff desires to name the manufacturer/supplier of the item that

8  allegedly caused the incident as a party to this case. Home Depot may desire to cross-claim as

9  well. Given the delay, Plaintiff and Home Depot hereby stipulate to an additional 90 days to

10  amend the pleadings to add new parties and cross-claims without the need for a formal motion

11  doing so, with a proposed new deadline of March 20, 2020.

12      7.     WHEREAS, the requested extension will not affect the other scheduling deadlines

13  or the Trial date of September 21, 2021.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**STIPULATION**

    **IT IS HEREBY STIPULATED** by and between the Parties hereto through their respective attorneys of record that the following deadlines be continued as follows:

| Deadline | Current Date | Requested Date |
|---|---|---|
| Amendments to Pleading | December 20, 2019 | March 20, 2020 |

DATED:     December 18, 2019         CHAIN | COHN | STILES

                                */s/ Chad J. A. Boyles*

BY: _____

    DAVID K. COHN
    CHAD J. A. BOYLES
    Attorney for Plaintiffs

DATED:     December 18, 2019         GOODMAN NEUMAN HAMILTON LLP

                                  */s/ Zachary S. Tolson*

BY: _____

    JOSHUA S. GOODMAN
    ZACHARY S. TOLSON
    Attorney for Defendant, HOME DEPOT
    U.S.A., INC.

**ORDER**

    IT IS HEREBY ORDERED that the deadline to file motions or stipulations requesting leave to amend the pleadings is continued as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Amendments to Pleading | December 20, 2019 | March 20, 2020 |

IT IS SO ORDERED.

Dated:   **December 20, 2019**            **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE